UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 1, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ROBERT ANDREW COOPER, | : | VIOLATION: |
| | : | 18 U.S.C. § 875(c) |
| Defendant. | : | (Interstate Communications with a Threat |
| | : | to Kidnap or Injure) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about the 30th day of December 2024, the defendant, **ROBERT ANDREW COOPER**, knowingly and willfully did transmit in interstate and foreign commerce which was received in the District of Columbia, a telephone communication to "JK," and the communication contained a threat to kidnap or injure "CW," specifically wanting him dead.

**(Interstate Communications with a Threat to Kidnap or Injure**, in violation of Title 18, United States Code, Section 875(c))

### COUNT TWO

On or about the 30th day of December 2024, in the District of Columbia, the defendant, **ROBERT ANDREW COOPER,** knowingly and willfully did transmit in interstate and foreign

commerce which was received in the District of Columbia, a telephone communication to "JK," and the communication contained a threat to kidnap or injure "MS," specifically wanting him dead.

    **(Interstate Communications with a Threat to Kidnap or Injure**, in violation of Title 18, United States Code, Section 875(c))

        A TRUE BILL:

        FOREPERSON.

*Edward Martin Jr.,*

Attorney of the United States in
and for the District of Columbia.