AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 12:38 pm, Mar 28, 2025

United States of America
v.
ROBERT ANDREW COOPER

*Defendant*

Case: 1:25-cr-00085
Assigned To : Nichols, Carl J.
Assign. Date : 3/27/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer.

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ROBERT ANDREW COOPER

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 875(c) Interstate Communications with a Threat to Kidnap or Injure

Digitally signed by Matthew J. Sharbaugh
Date: 2025.03.27 17:35:14 -04'00'

Date:   03/27/2025

*Issuing officer's signature*

City and state:   Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/31/2025, and the person was arrested on *(date)* 04/01/2025
at *(city and state)* FBI Washington, 601 4th ST NW Washington DC 20535

Date: 04/01/25

Christian Berringer, SA
*Arresting officer's signature*

Christian Berringer, SA
*Printed name and title*