**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ROBERT ANDREW COOPER,**<br><br>**Defendant.** | **Case No. 25-CR-85 (CJN)** |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order on June 1, 2026, the parties respectfully submit this joint status report.

On June 17, 2026, the Defendant arrived at Federal Medical Center Devens to begin competency restoration and competency re-assessment pursuant to 18 U.S.C. § 4241(d) and the Court's order. The Defendant's four-month competency restoration period therefore ends on October 17, 2026. The Government anticipates that a report from Bureau of Prisons Psychological Services Branch officials will be submitted within two weeks of October 17, 2026.

In addition, counsel for the Defendant has filed a motion seeking an order authorizing a defense expert's evaluation of the Defendant. ECF No. 71. After consultation with the treating staff at the facility, the Government has no objection to the motion.

2

The parties intend to submit a joint status report on October 30, 2026. If any other matters arise which require the Court's attention, the parties will reach out earlier.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ Brendan M. Horan
Brendan M. Horan
N.Y. Bar No. 5302294
Special Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 730-6871
Brendan.Horan@usdoj.gov


/s/ Christopher Mutimer
Christopher Mutimer
Bar No. 1011284
*Attorney for the Defendant*
Monument Legal
1100 H Street Northwest
Unit 1010
Washington, D.C. 20005

2