**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

ROBERT ANDREW COOPER,

*Defendant*.

Criminal Action No. 1:25-cr-00085 (CJN)

**ORDER**

Upon consideration of the Motion for Order Authorizing Videoconference Evaluation, ECF 71, and the government's lack of objection to that Motion, *see* ECF 72 at 1, it is hereby

**ORDERED** that the Motion for Order Authorizing Videoconference Evaluation, ECF 71, is **GRANTED**; and it is further

**ORDERED** that Dr. Jonathan DeRight, a licensed neuropsychologist retained by the defense, is authorized to conduct a videoconference neuropsychological evaluation of Robert Andrew Cooper while he remains in the custody of the Federal Bureau of Prisons at the Federal Medical Center in Devens, Massachusetts, for purposes of preparing expert reports or testimony for the Court; and it is further

**ORDERED** that the Warden of FMC Devens shall reasonably assist in facilitating such videoconference evaluation.

**SO ORDERED**.

DATE:  July 1, 2026

_____
CARL J. NICHOLS
United States District Judge